No. 429, Misc. PARKER v. UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 430, Misc. POND v. INDIANA. Supreme Court of Indiana. Certiorari denied. Petitioner *pro se*. *Edwin K. Steers*, Attorney General of Indiana, and *Owen S. Boling*, Deputy Attorney General, for respondent.

No. 431, Misc. CLARK v. FLORIDA. Supreme Court of Florida. Certiorari denied. *Wm. W. Flournoy* for petitioner. *Richard W. Ervin*, Attorney General of Florida, and *John S. Floyd*, Special Assistant Attorney General, for respondent.

No. 459, Misc. CROZIER ET UX. v. BANK OF HAWAII ET AL. C. A. 9th Cir. Certiorari denied. *O. P. Soures* for petitioners.

No. 492, Misc. KUBUS v. MINNESOTA. Supreme Court of Minnesota. Certiorari denied.

No. 500, Misc. SWAGGERTY v. UNITED STATES. C. A. 7th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia H. Dubrovsky* for the United States.

No. 501, Misc. HAYMAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 502, Misc. HODGE v. UNITED STATES. C. A. 4th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General*